## Commonwealth *v.* Murray, Appellant.

Submitted March 22, 1971. *Kalvin Kahn,* for appellant; *Harry Jackson* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Neal, Appellant.

Argued June 18, 1971. *W. Bourne Ruthrauff,* with him *Tate & Ervin,* for appellant; *James T. Ranney,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.